FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

 CLEAR FORM

Protect the Public's Trust )
*Plaintiff* )
 )
v. ) Civil Action No. 1:22-cv-00799
U.S. Department of State )
 )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Department of State
c/o U.S. Attorney's Office -- District of Columbia
Attn: Civil Process Clerk
555 4th Street, N.W.
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Mr. Gary Lawkowski
Dhillon Law Group
2121 Eisenhower Avenue
Suite 402
Alexandria, VA 22314

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____                         _____
                                             *Signature of Clerk or Deputy Clerk*